This document contains some pages that are of poor quality at the time of imaging.

79,016-06

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
CAUSE NO. 1111900-C

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 04 2015
Abel Acosta, Clerk

CHRISTOPHER BARTEN § IN THE 232 District Court
Relator
V. OF
HARRIS COUNTY DISTRICT § HARRIS COUNTY, TEXAS
CLERK, CHRIS DANIEL
Respondant §

## PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO: THE HONORABLE JUDGE OF SAID COURT

COMES NOW Christopher Barten, Relator Pro-se in the above styled and numbered cause of action and files this original application for writ of mandamus, pursuant to Article 11.07 3(c) of the Texas Code of Criminal Procedure, and would show the Court the following:

Relator, Christopher Barten #1570691 is an offender in the Texas Department of Criminal Justice and is appearing pro-se, who can be reached at Michael unit 2664 Fm 2054 Tennessee Colony, Texas 75886. Relator has exhausted his remedies and has no other adequate remedy at law. The act sought to be compelled is ministrial, not discretionary in nature.

Respondant, Chris Daniel, Harris County District Clerk in his official capacity as District Clerk of Harris County, Texas has a ministrial duty to recieve and file all papers in a criminal proceeding, and perform [a]ll other duties imposed on the clerk by law pursuant to TCCP art. 2.21 and is responsible under TCCP art. 11.07 sec. 3(c) to immediately transmit to the Court of Criminal Appeals a copy

1

of the application for writ of habeas corpus, any answers filed and a certificate reciting the date upon which that finding was made if the convicting court decides there are no issues to be resolved. Chris Daniel can be reached at Chris Daniel, Harris County District Clerk of Harris County, Texas P.O. Box 4651, Houston, Texas 77210-4651.

The Respondant violated Article 2.21 of the Texas Code of Criminal Procedure by failing to provide the Relator Christopher Barten #1570691 with a copy of Patrick Ruzzo's court ordered affidavit upon recieving said affidavit pursuant to court order signed march 14, 2014.

Mr. Barten has sent 4 letters, last one dated march 25, 2015 and asked the clerk to comply with the court order. The clerk continues to respond with a notice of Section 552.028 Government Code and options to purchase said documents. Chris Daniel is in direct violation of TCCP Art. 2.21 and in violation of court order signed march 14, 2014 concerning cause #1111900-C. Please See exhibits "A", "B" & "C"

## PRAYER FOR RELIEF

Wherefore premises considered Relator, Christopher Barten prays that a writ of mandamus be issued in this matter to force the clerk of Harris county, Texas to promptly perform his ministrial duties pursuant to art. 2.21 and court order by sending mr. Barten his entitled due copy of mr. Ruzzo's affidavit concerning cause #1111900-C

2

Respectfully Submitted

_Christopher Barten #1570691_

_michael Unit, 2664 fm 2054_

_Tennessee Colony, Texas 75886_

Certificate of service:

I hereby sertify that a true copy of this application without Exhibits A, B, c attached was mailed by u.s. mail to:

Chris Daniel, Harris County District clerk

Po Box 4651

Houston, Texas

77210-4651

On this 29th day of April, 2015.

Christopher Barten
#1570691

3

<u>CAUSE #1111900-C</u>

march 24, 2015

Dear Clerk of the Court, I have previously sent you a couple letters asking you to send me a copy of Patrick J. Ruzzo's affidavit that was ordered by the court for Cause No. 1111900. It is further "Ordered" that the clerk of the court is to send a copy of said affidavit to the applicant, Chris Barten #1570691. You sent me a notice of refusal based on the Public Records Act Rule in each of your responses to my letters. This is my third letter asking you to send me my due court ordered copy of said affidavit by Patrick Ruzzo on cause #1111900-C. The judge of the court signed the order on March 14, 2014. I will be adding this letter and the two previous letters to a writ of Mandamus as exhibit A, B, & C.

Clerk Filed
march 30 2015

Exhibit "A"

Sincerely

Chris Barten #1570691

6-10-14

Dear District clerk,

In response to my request for the copy of mr. Pal ruzzo's court ordered affidavit, I received a notice of section 552.28 Gov't. code instead of my due copy of the affidavit. Please see the signed and dated "order" of march 14, 2014 you will clearly see that; "the clerk of the court is ORDERED to send a copy of this "order" to the applicant, christopher Barten #1570691. Included in this order it further states that; when the affidavit of patrick ruzzo is received, the clerk is ORDERED to send a copy of said affidavit to the applicant and a copy to the State". mr. Ruzzo had only 30 days to file said affidavit as of march 14, 2014. It is now June 10, 2014. Please send the court ordered copy that supersedes section 552.28 Gov't. code. Thank you

Sincerely

Chris Barten #1570691

Clerk filed
June 10, 2014

Exhibit "B"

Cause #1111900-C                                    May 20, 2014

Dear Clerk,

   I received a copy of the court "order" to Pat Ruzzo from your office dated March 11, 2014. The order is also an order for the clerk to send a copy of said affidavit to the applicant once the clerk receives said affidavit. The order was signed March 14, 2014 by the judge. Mr. Ruzzo's 30 day period has lapsed. Please send me the copy of Mr. Ruzzo's affidavit as ordered by the judge.

   Thank you for your time and I look forward to your response.

                                    Sincerely

Cause #1111900-C                    Chris Barten #1570691

Original
Clerk filed
May 27, 2014

Exhibit "C"



2014 MAY 27 PM 2:24
CHRIS DANIEL DISTRICT CLERK
HARRIS COUNTY, TEXAS